United States District Court
Southern District of Texas
**ENTERED**
October 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO BETANCOURT & <br> ESPARANZA FLORES <br>     Plaintiffs, <br><br> v. <br><br> STATE FARM LLOYDS & <br> JEFFREY CELESTINE <br>     Defendants. | § § § § § § § § § | Civil Action No. B: 16-243 |

## ORDER

On October 19, 2016, the plaintiff filed an unopposed motion to remand this case to state court, after entering into a stipulation that the amount in controversy in this case would not exceed $75,000. Dkt. No. 3.

The motion is **GRANTED**. The Court **ORDERS** that this case be remanded to the 107th Judicial District Court in Cameron County, Texas.

DONE at Brownsville, Texas, on October 25, 2016.

_____
Andrew S. Hanen
United States District Judge

1